SCOTT A. PENNER, CA Bar No. 253716
ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
NicolaPisano@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA 92130
TELEPHONE: 858.252.6502
FACSIMILE: 858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>Defendants. | Case No. 3:23-cv-05030-LB<br><br>**PLAINTIFF SECTION PARTNERS MANAGEMENT, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Dave Crowder is the founder and an owner of Section Partners Management, LLC ("SPM"), the Plaintiff in this proceeding.
- Robert Pitti was a cofounder of VSL Partners, a predecessor in interest to SPM, and is an authorized licensee of the Trade Secret that is the subject matter of this proceeding.

Dated:  September 29, 2023

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:          858.252.6502
FACSIMILE:  858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on: September 29, 2023

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
ScottPenner@eversheds-sutherland.com

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC