AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-05030-VC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* EquityBee, Inc. c/o Agent for Service of Process C T Corporation System

was received by me on *(date)* December 28, 2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jacqueline Mejia, who is designated by law to accept service of process on behalf of *(name of organization)* C T Corporation System on *(date)* December 28, 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 150.65 for travel and $ 0.00 for services, for a total of $ 150.65 .

I declare under penalty of perjury that this information is true.

Date: January 4, 2024

*Server's signature*

GIL LE PERSONNIC

*Printed name and title*

1550 HOTEL CIRCLE NORTH SUITE 440
SAN DIEGO, CA 92108

*Server's address*

Additional information regarding attempted service, etc:

Served at: C T Corporation System
330 North Brand Blvd Suite 700
Glendale, CA 91203

See attached list for documents served

LIST OF ATTACHED DOCUMENTS

Case No. 3:23-cv-05030-VC

2023-09-29 D1 Section Partners Mgmt, LLC Complaint
2023-09-29 D1-1 Section Partners Mgmt, LLC Civil Cover Sheet
2023-09-29 D1-2 NDCA Receipt for $402 Filing Fee for Complaint (Penner paid)
2023-10-02 D2 Notice of Case Assignment to Magistrate Judge Laurel Beeler
2023-10-02 D3 Order Setting Initial Case Mgmt Conf and ADR Deadlines
2023-10-02 D4 Section Partners Certificate of Interested Entities or Persons
2023-10-10 D5 Clerk Notice Resetting CMC to Jan 18 at 11am in SFO-Video Conf Only & Other Info
2023-10-20 D6 Clerk Notice re Case Assigned to MJ Beeler for All Purposes Incl Trial & Form Needed
2023-11-03 D7 Section Partners Decline to Magistrate Judge Conducting All Further Proceedings
2023-11-06 D8 Clerks Notice of Impending Reassignment to US District Court Judge
2023-11-07 D9 Order Reassigning Case to Judge Vince Chhabria & New Case No.
2023-11-07 D9-1 Notice of Eligibility for Video Recording
2023-11-07 D9-2 General Order 65
2023-11-07 D10 Reassigned Case - Notice of New Hearing Date
2023-12-07 D11 Section Partners ADR Certification by Parties and Counsel
2023-12-27 D12 Section Partners Motion to Extend Time for Service per FRCP 4(m) and Related Case Mgmt Deadlines
2023-12-27 D12-1 Section Partners (Prop) Order Granting Motion to Extend Time for Service per FRCP 4(m) and Related Case Mgmt Deadlines
2023-12-27 D13 Section Partners Proposed Summons to EquityBee