SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:   858.252.6502
FACSIMILE:     858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>             Defendants. | Case No. 3:23-cv-05030-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SECFI, INC., SECFI SECURITIES, LLC, SERENGETI ASSET MANAGEMENT, LP, AND WOUTER WITVOET WITHOUT PREJUDICE**<br><br>Judge:    Honorable Vince Chhabria<br><br>Date Filed: September 29, 2023<br>Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SECTION PARTNERS MANAGEMENT, LLC hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against only Defendants SECFI, INC., SECFI SECURITIES, LLC, SERENGETI ASSET MANAGEMENT, LP, and WOUTER WITVOET, none having served an answer or filed a motion for summary judgment in this case.  Each side shall bear its own attorneys' fees, costs, and expenses.

Dated:  March 4, 2024

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:     858.252.6502
FACSIMILE:       858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on:  March 4, 2024

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
ScottPenner@eversheds-sutherland.com

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC