SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA 92130
TELEPHONE: 858.252.6502
FACSIMILE: 858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

DAVID C. CODELL, CA Bar No. 200965
  dcodell@tocounsel.com
**THEODORA ORINGHER PC**
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Tel.: (310) 557-2009; Fax.: (310) 551-0283

WILLIAM H. WENKE, CA Bar No. 281031
  william@equitybee.com
General Counsel, EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant EQUITYBEE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,, <br><br> Plaintiff, <br><br> vs. <br><br> EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET, <br><br> Defendants. | Case No. 3:23-CV-05030-VC <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT (Civ. L.R. 6-1(a))** <br><br> Judge: Vince Chhabria <br> Courtroom 4 <br><br> Trial Date: None Set |

1    Pursuant to Rule 6-1(a) of the Civil Local Rules of the United States District Court,
2 Northern District of California, Plaintiff Section Partners Management, LLC ("Plaintiff"), on the
3 one hand, and Defendant EquityBee, Inc. ("Defendant"), on the other hand, hereby stipulate as
4 follows:

5    WHEREAS, Defendant was served with the Summons and Complaint in this matter on
6 December 28, 2023;

7    WHEREAS, the parties' counsel have been engaged in discussions about the possibility of
8 resolving the dispute underlying the lawsuit;

9    WHEREAS, Defendant retained the law firm of Theodora Oringher PC as litigation
10 counsel on Friday, March 15, 2024;

11    WHEREAS, Plaintiff and Defendant agree that the time for Defendant to file a responsive
12 pleading shall be extended to and including April 5, 2024; and

13    WHEREAS, Rule 6-1(a) of the Local Rules of the United States District Court, Northern
14 District of California, permits the parties to extend the time within which to answer or otherwise
15 respond to the complaint by stipulation in writing and without a Court order provided the change
16 will not alter the date of any event or any deadline already fixed by Court order; and

17    WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file
18 a responsive pleading will not alter the date of any event or any deadline already fixed by Court
19 order;

20    NOW THEREFORE, Plaintiff and Defendant, by and through their respective undersigned
21 counsel, hereby stipulate as follows:

22    The time for Defendant to file an answer or otherwise respond to the Complaint shall be
23 extended through and including April 5, 2024.

24    **SO STIPULATED**.

25  / / /
26 / / /
27 / / /
28 / / /

Dated: March 19, 2024     Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
  ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
  NicolaPisano@eversheds-sutherland.com

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

DATED: March 19, 2024     THEODORA ORINGHER PC

By: *David C. Codell*
    David C. Codell

William H. Wenke
General Counsel
EquityBee, Inc.

Attorneys for Defendant EquityBee, Inc.

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: March 19, 2024     THEODORA ORINGHER PC

By: *David C. Codell*
    David C. Codell

William H. Wenke
General Counsel
EquityBee, Inc.

Attorneys for Defendant EquityBee, Inc.