David C. Codell, Esq. (State Bar No. 200965)
dcodell@tocounsel.com
Maryam Arshad, Esq. (State Bar No. 329265)
marshad@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

William H. Wenke (CA Bar No. 281031)
william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EquityBee, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>          Defendants. | Case No. 3:23-CV-05030-VC<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:    Vince Chhabria<br>             Courtroom 4<br><br>Initial Case Management Conf.: 03/22/24<br><br>Trial Date:             None Set |

1297378.1/23009.05002

Case No. 3:23-CV-05030-VC

NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** of the appearance of Maryam Arshad of Theodora Oringher PC, as counsel of record for and on behalf of Defendant EquityBee, Inc., in the above-captioned matter.

It is respectfully requested that the above attorney be added to the service list of this action and that copies of all pleadings and notices pertaining to it be forwarded to counsel at the following address:

> Maryam Arshad (CA Bar No. 329265)
> THEODORA ORINGHER PC
> 1840 Century Park East, Suite 500
> Los Angeles, CA 90067
> Telephone:  (310) 557-2009
> Facsimile:   (310) 551-0283

DATED:  April 24, 2024                          THEODORA ORINGHER PC

By:  /s/ Maryam Arshad
     Maryam Arshad

     David C. Codell
     William H. Wenke
     General Counsel
     EquityBee, Inc.

     Attorneys for Defendant EquityBee, Inc.