David C. Codell, Esq. (State Bar No. 200965)
david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

William H. Wenke (CA Bar No. 281031)
william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>　　　　　Defendants. | Case No. 3:23-cv-05030-VC<br><br>**DEFENDANT EQUITYBEE, INC.'S UNOPPOSED ADMINISTRATIVE MOTION REQUESTING LEAVE TO PARTICIPATE REMOTELY IN HEARING ON MOTION TO DISMISS**<br><br>Crtrm.:　　4<br>Judge:　　Hon. Vince Chhabria<br><br>Trial Date:　August 25, 2025 |

Pursuant to Local Rule 7-11, Defendant EquityBee, Inc. ("EquityBee") hereby files this Administrative Motion requesting leave for its counsel to participate remotely via Zoom during the hearing scheduled for June 27, 2024 on EquityBee's Motion to Dismiss (ECF 38) the First Amended Complaint (ECF 30) of Plaintiff Section Partners Management, LLC ("Plaintiff").

Counsel of Record for EquityBee, David C. Codell, is based in Los Angeles, California. (Declaration of David C. Codell, ¶ 2.) In addition, EquityBee's General Counsel, William H. Wenke, anticipates that he will be working in South Florida on the date of the hearing. (*Id.*, ¶ 3.) Counsel for Plaintiff, Scott Penner, stated to Mr. Codell via email and during a phone conversation on June 13, 2024, that Plaintiff does not oppose EquityBee's request for its counsel to participate in the hearing remotely via Zoom. (*Id.*, ¶ 4.)

Permitting EquityBee's counsel to participate remotely during the hearing would further interests of efficiency and would not prejudice Plaintiff, which has indicated its non-opposition to this request.

For the foregoing reasons, EquityBee respectfully requests that the Court grant this Administrative Motion and permit EquityBee's counsel to participate in the June 27, 2024 hearing on EquityBee's Motion to Dismiss remotely via Zoom.

DATED: June 13, 2024                LAW OFFICE OF DAVID C. CODELL

                                    By: /s/ David C. Codell
                                        David C. Codell

                                    WILLIAM H. WENKE
                                    General Counsel of EquityBee, Inc.

                                    Attorneys for Defendant
                                    EQUITYBEE, INC.