David C. Codell, Esq. (State Bar No. 200965)
david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

William H. Wenke (CA Bar No. 281031)
william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>      Defendants. | Case No. 3:23-cv-05030-VC<br><br>**DECLARATION OF DAVID C. CODELL IN SUPPORT OF DEFENDANT EQUITYBEE, INC.'S UNOPPOSED ADMINISTRATIVE MOTION REQUESTING LEAVE TO PARTICIPATE REMOTELY IN HEARING ON MOTION TO DISMISS**<br><br>Crtrm.:    4<br>Judge:    Hon. Vince Chhabria<br><br>Trial Date:    August 25, 2025 |

I, David C. Codell, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am attorney of record for Defendant EquityBee, Inc. ("EquityBee") in this action. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. My law office is located in Los Angeles, California, and I am based in Los Angeles.

3. EquityBee's General Counsel, William H. Wenke, anticipates that he will be working in South Florida on June 27, 2024, the date of the hearing on EquityBee's Motion to Dismiss (ECF 38) the First Amended Complaint (ECF 30) of Plaintiff Section Partners Management, LLC ("Plaintiff").

4. Counsel for Plaintiff, Scott Penner, stated to me via email and during a phone conversation on June 13, 2024, that Plaintiff does not oppose EquityBee's request for its counsel to participate in the hearing remotely via Zoom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of June, 2024, at Los Angeles, California.

/s/ David C. Codell
David C. Codell