1  Maryam Arshad, Esq. (State Bar No. 329265)
   marshad@tocounsel.com
2  THEODORA ORINGHER PC
   1840 Century Park East, Suite 500
3  Los Angeles, California 90067-2120
   Telephone: (310) 557-2009
4  Facsimile: (310) 551-0283

5  Attorneys for EQUITYBEE, INC.

6

7                **UNITED STATES DISTRICT COURT**

8     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

9

10 SECTION PARTNERS MANAGEMENT,        Case No. 3:23-cv-05030-VC
   LLC,
11                                     **MOTION TO SUBSTITUTE LAW FIRM;**
                 Plaintiff,            **[PROPOSED] ORDER**
12
           vs.
13                                     Judge:      Hon. Vince Chhabria
   EQUITYBEE, INC.; SECFI, INC.; SECFI
14 SECURITIES, LLC; SERENGETI ASSET    Trial Date:  August 25, 2025
   MANAGEMENT, LP; AND WOUTER
15 WITVOET,

16               Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

On behalf of (party name) EQUITYBEE, INC., the following attorney(s):

      (1) move(s) to substitute as counsel of record,

      (2) certify they are members in good standing of this Court's bar,

      (3) attest to the consent of current counsel to be withdrawn, and

      (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

David C. Codell, Esq. (State Bar No. 200965)
david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307


Name(s) of counsel withdrawing from representation and firm name:

David C. Codell, Esq. (State Bar No. 200965)
dcodell@tocounsel.com
Maryam Arshad, Esq. (State Bar No. 329265)
marshad@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283


The undersigned parties consent to the above withdrawal and substitution of counsel.


DATED:  June 24, 2024      THEODORA ORINGHER PC



By:      */s/ Maryam Arshad*
       Maryam Arshad
       David C. Codell

DATED:  June 24, 2024          LAW OFFICE OF DAVID C. CODELL

By:  _____/s/ David C. Codell_____
     David C. Codell

DATED:  June 24, 2024          EQUITYBEE, INC.

By:  _____/s/ William H. Wenke_____
     William H. Wenke

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

By:  _____/s/ Maryam Arshad_____
     Maryam Arshad

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

DATED:  June 25, 2024

_____

Hon. Vince Chhabria
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Date: June 24, 2024

_/s/ Maryam Arshad_
Maryam Arshad
Attorneys for EQUITYBEE, INC.