DAVID C. CODELL (SBN 200965)
  david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

WILLIAM H. WENKE (SBN 281031)
  william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

SCOTT A. PENNER (SBN 253716)
  ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO (SBN 151282)
  NicolaPisano@eversheds-sutherland.com

EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (858) 252-6502
Facsimile: (858) 252-6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>            Plaintiff,<br><br>   vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>            Defendants. | Case No. 3:23-cv-05030-VC<br><br>**JOINT STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Civ. L.R. 6-2(a))**<br><br>[Filed Concurrently with Declaration of David C. Codell and [Proposed] Order]<br><br>Crtrm.:     4<br>Judge:      Hon. Vince Chhabria<br><br>Trial Date:   August 25, 2025 |

Pursuant to Rule 6-2(a) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff Section Partners Management, LLC ("Plaintiff") and Defendant EquityBee, Inc. ("EquityBee") hereby stipulate as follows:

WHEREAS, on September 29, 2023, Plaintiff filed its original Complaint in this Matter (Dkt. 1);

WHEREAS, on March 19, 2024, the parties stipulated to an extension of time for EquityBee to respond to Plaintiff's original Complaint (Dkt. 24);

WHEREAS, on April 19, 2024, Plaintiff filed its First Amended Complaint ("FAC") (Dkt. 30);

WHEREAS, on May 1, 2024, the parties stipulated (Dkt. 35) to an extension of time through May 17, 2024 for EquityBee to respond to the FAC, and the Court on May 2, 2024 granted the stipulated request for an extension (Dkt. 36);

WHEREAS, on May 17, 2024, EquityBee filed a Motion to Dismiss the FAC (Dkt. 38);

WHEREAS, on July 17, 2024, the Court denied EquityBee's Motion to Dismiss the FAC (Dkt. 46);

WHEREAS, on Sunday evening, July 28, 2024, David C. Codell, attorney for EquityBee, learned through a routine consultation of the California Secretary of State's online Business Search portal (https://bizfileonline.sos.ca.gov/search/business) that the Franchise Tax Board (FTB) status for EquityBee, a Delaware corporation, had become "[f]orfeited" as of April 2, 2024 (Declaration of David C. Codell ("Codell Decl."), ¶ 7 & Ex. 1);

WHEREAS, neither Mr. Codell nor William H. Wenke, EquityBee's General Counsel, had previously been aware of of EquityBee's FTB-forfeited status (*id.*, ¶ 8);

WHEREAS, because of EquityBee's FTB-forfeited status, it was not permissible and still is not permissible for EquityBee to file its answer to the FAC, *see, e.g., Palm Valley Homeowners Ass'n, Inc. v. Design MTC,* 85 Cal.App.4th 553, 556 (2000) ("The rule is clear that a corporation suspended for nonpayment of taxes may not defend itself in litigation.");

WHEREAS, during the week of July 28, 2028, EquityBee staff attempted to resolve EquityBee's FTB status, including with an in-person visit to an FTB office, but EquityBee has still not been able to resolve its FTB status (Codell Decl., ¶ 9);

WHEREAS, EquityBee's accounting staff and outside accounting firm require more time to resolve EquityBee's FTB status (*id.*, ¶ 10);

WHEREAS, Plaintiff and EquityBee agree that the time for EquityBee to file a response to the FAC should be enlarged to and including August 20, 2024 to allow EquityBee further time to resolve its FTB status;

WHEREAS, Rule 6-2(a) of the Local Rules of the United States District Court, Northern District of California, permits the parties to request that the Court enlarge the time within which to answer or otherwise respond to the complaint by stipulation in writing; and

WHEREAS, Plaintiff and EquityBee agree that an enlargement of time through and including August 20, 2024 for EquityBee to file a response to the FAC will not alter the date of any other event or any deadline already fixed by Court order;

NOW THEREFORE, Plaintiff and EquityBee, by and through their respective undersigned counsel, hereby stipulate as follows, subject to the approval of the Court:

The time for EquityBee to file an answer to the FAC shall be enlarged to and including August 20, 2024.

**SO STIPULATED**.

                    Respectfully submitted,

DATED: August 6, 2024                LAW OFFICE OF DAVID C. CODELL

                    /s/ David C. Codell
                    David C. Codell

                    William H. Wenke
                    General Counsel of EquityBee, Inc.

                    Attorneys for Defendant
                    EQUITYBEE, INC.

DATED:  August 6, 2024             EVERSHEDS SUTHERLAND (US) LLP

                    /s/ Scott A. Penner
                    Scott A. Penner
                    Nicola A. Pisano

                    Attorneys for Plaintiff
                    SECTION PARTNERS MANAGEMENT, LLC

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Executed on August 6, 2024             LAW OFFICE OF DAVID C. CODELL

                    /s/ David C. Codell
                    David C. Codell