DAVID C. CODELL (SBN 200965)
  david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

WILLIAM H. WENKE (SBN 281031)
  william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>          Defendants. | Case No. 3:23-cv-05030-VC<br><br>**DECLARATION OF DAVID C. CODELL IN SUPPORT OF JOINT STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Civ. L.R. 6-2(a))**<br><br>[Filed Concurrently with Joint Stipulation and [Proposed] Order]<br><br>Crtrm.:     4<br>Judge:       Hon. Vince Chhabria<br><br>Trial Date:   August 25, 2025 |

## DECLARATION OF DAVID C. CODELL

I, David C. Codell, declare as follows:

1. I am an attorney duly admitted to practice before this Court and am attorney of record for Defendant EquityBee, Inc. ("EquityBee") in this action. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. On September 29, 2023, Plaintiff filed its original Complaint in this Matter. (Dkt. 1.)

3. On March 19, 2024, the parties stipulated to an extension of time for EquityBee to respond to Plaintiff's original Complaint. (Dkt. 24.)

4. On April 19, 2024, Plaintiff filed its First Amended Complaint ("FAC"). (Dkt. 30.)

5. On May 1, 2024, the parties stipulated (Dkt. 35) to an extension of time through May 17, 2024 for EquityBee to respond to the FAC, and the Court on May 2, 2024 granted the stipulated request for an extension (Dkt. 36).

6. On May 17, 2024, EquityBee filed a Motion to Dismiss the FAC (Dkt. 38), and on July 17, 2024, the Court denied EquityBee's Motion to Dismiss the FAC (Dkt. 46).

7. On Sunday evening, July 28, 2024, I learned through a routine consultation of the California Secretary of State's online Business Search portal (https://bizfileonline.sos.ca.gov/search/business) that the Franchise Tax Board (FTB) status for EquityBee, a Delaware corporation, had become "[f]orfeited" as of April 2, 2024. Attached as Exhibit 1 is a true and correct copy of a California Secretary of State Certificate of Status for EquityBee that I downloaded from the Secretary of State's website on August 5, 2024.

8. I had previously not been aware of EquityBee's FTB-forfeited status, and I am informed and believe that neither had William H. Wenke, EquityBee's General Counsel, been aware of EquityBee's FTB-forfeited status.

9. During the week of July 28, 2024, EquityBee staff attempted to resolve EquityBee's FTB status, including with an in-person visit to an FTB office, in order (among other things) to enable EquityBee to file an answer to the FAC in this action, but EquityBee has still not been able to resolve its FTB status.

10. I am informed and believe that EquityBee's accounting staff and outside accounting firm require more time to resolve EquityBee's FTB status.

11. An enlargement of time through and including August 20, 2024 for EquityBee to file a response to the FAC will not alter the date of any other event or any deadline already fixed by Court order. Absent such an order, EquityBee will not be permitted by law to file an answer to the FAC and accordingly will be prejudiced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of August, 2024, at Los Angeles, California.

/s/ David C. Codell
David C. Codell

# EXHIBIT 1



# Secretary of State
## Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

| | |
|---|---|
| **Entity Name:** | EQUITYBEE INC. |
| **Entity No.:** | 4527450 |
| **Registration Date:** | 11/04/2019 |
| **Entity Type:** | Stock Corporation - Out of State - Stock |
| **Formed In:** | DELAWARE |
| **Status:** | Forfeited - FTB as of 04/02/2024 |

The above referenced entity's powers, rights and privileges are forfeited in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may affect status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of August 05, 2024.

**SHIRLEY N. WEBER, PH.D.**
Secretary of State

**Certificate No.:** 235246832

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.