DAVID C. CODELL (SBN 200965)
  david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

WILLIAM H. WENKE (SBN 281031)
  william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

SCOTT A. PENNER (SBN 253716)
  ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO (SBN 151282)
  NicolaPisano@eversheds-sutherland.com

EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, California 92130
Telephone: (858) 252-6502
Facsimile: (858) 252-6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>       Plaintiff,<br><br>    vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>       Defendants. | Case No. 3:23-cv-05030-VC<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (Civ. L.R. 6-2(a))**<br><br>[Filed Concurrently with Joint Stipulation and Declaration of David C. Codell]<br><br>Crtrm.:     4<br>Judge:     Hon. Vince Chhabria<br><br>Trial Date:     August 25, 2025 |

# [PROPOSED] ORDER

The Court, having read and considered the Parties' Joint Stipulation to Enlarge Defendant's Time to Respond to Plaintiff's First Amended Complaint pursuant to Rule 6-2 of the Local Rules of the United States District Court, Northern District of California, and for good cause shown, hereby orders as follows:

The time for Defendant to file an answer to the First Amended Complaint shall be extended to and including August 20, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____          _____
                                                                                  Hon. Vince Chabria