DAVID C. CODELL (SBN 200965)
  david@codell.com
LAW OFFICE OF DAVID C. CODELL
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

WILLIAM H. WENKE (SBN 281031)
  william@equitybee.com
General Counsel
EquityBee, Inc.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>    Defendants. | Case No. 3:23-cv-05030-VC<br><br>**DECLARATION OF DAVID C. CODELL IN SUPPORT OF JOINT STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' TIME TO AMEND PLEADINGS**<br>**(Civ. L.R. 6-2(a))**<br><br>[Filed Concurrently with Joint Stipulation and [Proposed] Order]<br><br>Crtrm.:    4<br>Judge:     Hon. Vince Chhabria<br><br>Trial Date:    August 25, 2025 |

## DECLARATION OF DAVID C. CODELL

I, David C. Codell, declare as follows:

1.    I am an attorney duly admitted to practice before this Court and am attorney of record for Defendant EquityBee, Inc. ("EquityBee") in this action.  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.    On September 29, 2023, Plaintiff filed its original Complaint in this Matter. (Dkt. 1.)

3.    On March 19, 2024, the parties stipulated to an extension of time for EquityBee to respond to Plaintiff's original Complaint.  (Dkt. 24.)

4.    On April 19, 2024, Plaintiff filed its First Amended Complaint ("FAC"). (Dkt. 30.)

5.    On May 1, 2024, the parties stipulated (Dkt. 35) to an extension of time through May 17, 2024 for EquityBee to respond to the FAC, and the Court on May 2, 2024 granted the stipulated request for an extension (Dkt. 36).

6.    On May 17, 2024, EquityBee filed a Motion to Dismiss the FAC (Dkt. 38), and on July 17, 2024, the Court denied EquityBee's Motion to Dismiss the FAC (Dkt. 46).

7.    On August 6, 2024, the EquityBee and Plaintiff filed a joint stipulation requesting that EquityBee's time to file and serve its Answer to the FAC because counsel for EquityBee had discovered that the California Franchise Tax Board (FTB) status for EquityBee, a Delaware corporation, had become forfeited as of April 2, 2024.  (Dkt. 49.)

8.    On August 7, 2024, the Court ordered that the time for EquityBee to file an answer to the First Amended Complaint be extended to and including August 20, 2024. (Dkt. 50.)

9.    On August 12, 2024, the FTB relieved EquityBee of its forfeiture and restored EquityBee's standing with the FTP to "good standing."  A true and correct copy of the FTB's

2

**DECLARATION OF DAVID C. CODELL IN SUPPORT OF JOINT STIPULATION TO ENLARGE DEFENDANT'S TIME TO RESPOND TO FAC AND THE PARTIES' TIME TO AMEND PLEADINGS**

Certificate of Revivor issued to EquityBee on August 12, 2024 is attached hereto as Exhibit 1.

10. The parties are jointly engaged in serious, good-faith settlement discussions that may enable this action to be resolved without incurring unnecessary expense or unnecessarily using Court resources.

11. Plaintiff and EquityBee agree that an enlargement of time through and including September 11, 2024 for EquityBee to file a response to the FAC and an extension of time for the parties to amend pleadings from September 1, 2024 to and including Thursday, October 10, 2024, will not alter the date of any other event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 19th day of August, 2024, at Los Angeles, California.

/s/ David C. Codell
David C. Codell

# EXHIBIT 1

STATE OF CALIFORNIA
FRANCHISE TAX BOARD

Notice Date: 08/12/2024

# CERTIFICATE OF REVIVOR

EQUITYBEE INC

455 ALMA STREET STE A
PALO ALTO CA 64301

| | |
|---|---|
| Entity Name | : EQUITYEE INC |
| Entity Number | 4527450 |
| SOS Number | : |
| FEIN | : |
| Effective Date | : 08/12/2024 |

This corporation was relieved of suspension or forfeiture and is now in good standing with the Franchise Tax Board.

Accounts Receivable Management Division

## ASSISTANCE

Telephone assistance is available year-round from,　　Monday through Friday.

From within the United States, call ..........................................................
From outside the United States, call (not toll-free).........................................

Website at: www.ftb.ca.gov

Assistance for persons with disabilities: We comply with the Americans with Disabilities Act. Persons with hearing or speech impairments please call　　TTY/TDD.

FTB 2557 BC ARCS (REV 03-2010)