SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
**EVERSHEDS SUTHERLAND (US) LLP**
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:    858.252.6502
FACSIMILE:    858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

DAVID C. CODELL (CA Bar No. 200965)
    david@codell.com
**LAW OFFICE OF DAVID C. CODELL**
5665 Wilshire Boulevard, No. 1400
Los Angeles, California 90036
Telephone: (310) 273-0306
Facsimile: (310) 273-0307

WILLIAM H. WENKE (CA Bar No. 281031)
    william@equitybee.com
General Counsel
EQUITYBEE, INC.
955 Alma Street, Suite A
Palo Alto, California 94301
Telephone: (650) 847-1149

Attorneys for Defendant
EQUITYBEE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECTION PARTNERS MANAGEMENT, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUITYBEE, INC.; SECFI, INC.; SECFI SECURITIES, LLC; SERENGETI ASSET MANAGEMENT, LP; AND WOUTER WITVOET,<br><br>          Defendants. | Case No. 3:23-cv-05030-VC (LB)<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Section Partners Management, LLC and Defendant EquityBee, Inc. hereby jointly stipulate and agree through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

Dated:  December 12, 2024          Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**


*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
    ScottPenner@eversheds-sutherland.com
NICOLA A. PISANO, CA Bar No. 151282
    NicolaPisano@eversheds-sutherland.com
12255 EL CAMINO REAL, SUITE 100
SAN DIEGO, CALIFORNIA  92130
TELEPHONE:   858.252.6502
FASCIMILIE:   858.252.6503

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

Dated:  December 12, 2024          **LAW OFFICE OF DAVID C. CODELL**


*/s/ David C. Codell*
DAVID C. CODELL

WILLIAM H. WENKE
General Counsel
EquityBee, Inc.

Attorneys for Defendant
EQUITYBEE, INC.

# **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Executed on:  December 12, 2024

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
ScottPenner@eversheds-sutherland.com

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on: December 12, 2024

**EVERSHEDS SUTHERLAND (US) LLP**

*/s/ Scott A. Penner*
SCOTT A. PENNER, CA Bar No. 253716
ScottPenner@eversheds-sutherland.com

Attorneys for Plaintiff
SECTION PARTNERS MANAGEMENT, LLC